**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**CASSANDRA JIMENEZ, individually and as**
**the next friend for MYRA DOE (a minor child),**

     **Plaintiff,**

**v.**                        **No.**_____

**TODD HARPER, SUE HARPER, CECIL**
**DOWDY, MAIRA TREVIZO and STATE OF**
**NEW MEXICO, ex rel. CHILDREN, YOUTH**
**AND FAMILIES DEPARTMENT,**

     **Defendants.**

## NOTICE OF REMOVAL

     **COMES NOW** Defendant State of New Mexico, ex rel. Children, Youth and Families Department (hereinafter "the removing defendant"), by and through its attorneys of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans, Carla Williams and Barbara Evans, and hereby removes this cause from the Fifth Judicial District Court, Eddy County, New Mexico, to the United States District Court for the District of New Mexico, on the grounds that Plaintiff's First Amended Complaint for Personal Injury raises a federal question, thereby creating subject matter jurisdiction.  In support of this removal, this defendant states:

     1.     On August 29, 2016, Plaintiff filed her First Amended Complaint for Personal Injury against Defendants captioned as above, Case No. D-503-CV-2015-00891, in New Mexico state court in the Fifth Judicial District, Eddy County. Plaintiff's First Amended Complaint contains claims alleging violations of Plaintiff's constitutional rights under the 14th Amendment to the United States Constitution.

2.      Plaintiff alleges that one or more of the defendants violated Plaintiff's constitutional rights concerning the care of foster child Myra Doe. (*See Plaintiff's First Amended Complaint, attached hereto as Ex. A)*.

3.      Plaintiff's allegations create a federal question that gives this Court subject matter jurisdiction over the case.  28 U.S.C. §1331.  This defendant is therefore entitled to remove this lawsuit to have it resolved by this Court.  28 U.S.C. §1441.

4.      Defendant CYFD was served with Plaintiff's Amended Complaint on August 29, 2016. Accordingly, this Notice of Removal is timely filed, as it is within 10 days, not counting weekends, after service of Plaintiff's First Amended Complaint.  28 U.S.C. §1446(b).

5.      Venue is appropriate in this District, as it embraces the district in which this action is pending.  28 U.S.C. §1441.

6.      A copy of the First Amended Complaint, along with all copies of all pleadings that have been filed in this case, are attached as Exhibit "A."

7.      To the best knowledge of counsel for this defendant, none of the remaining defendants have been served with Plaintiff's First Amended Complaint.

8.      This defendant shall promptly file a copy of this Notice of Removal with the Clerk of the District Court of Eddy County, Fifth Judicial District, State of New Mexico, thereby effecting removal as provided in 28 U.S.C. §1446(d).

WHEREFORE, this defendant prays that Case No. D-503-CV-2015-00891, currently pending in the District Court of Eddy County, Fifth Judicial District, State of New Mexico, be removed into this Court for trial and determination as provided by law.

2

Respectfully submitted,

**ATWOOD, MALONE, TURNER & SABIN**


By  *Electronically Filed on 9/12/16*
Bryan Evans, Esq.
Carla Williams, Esq.
Barbara Evans, Esq.
Post Office Drawer 700
Roswell, NM 88202-0700
(575) 622-6221
*Attorneys for Defendants CYFD*


I HEREBY CERTIFY that on September 12, 2016, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing* and e-mailed to all parties of record.


*Electronically Filed on 9/12/16*
Bryan Evans

3